IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THOMAS CLINGER,

     Appellant,

v.

PALM BEACH COUNTY FIRE
RESCUE/PGCS CLAIM
SERVICES,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5946

_____/

Opinion filed June 2, 2015.

An appeal from an order of the Judge of Compensation Claims.
Timothy M. Basquill, Judge.

Date of Accident: July 24, 2013.

Kimberly A. Hill of Kimberly A. Hill, P.L., for Appellant.

Lyle C. Platt of Clarke & Platt, P.A., West Palm Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

RAY, SWANSON, and MAKAR, J.J., CONCUR.